R. TRAVIS CAMPBELL (SBN 271580)
tcampbell@snllp.com
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile: (415) 352-2625

Attorneys for Defendant
PRA Receivables Management, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SALAZAR,<br><br>           Plaintiff,<br><br>vs.<br><br>PRA RECEIVABLES MANAGEMENT, LLC, a Virginia limited liability company; PATRICK K. WILLIS COMPANY, INC. dba AMERICAN RECOVERY SERVICE, a California corporation; INDEPENDENT RECOVERY, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>           Defendants. | No. 2:21-cv-06464-MWF-KS<br><br>**STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT (SECOND REQUEST)**<br><br>Current response date: September 23, 2021<br><br>New response date: October 7, 2021<br><br>The Honorable Michael W. Fitzgerald |

Defendants PRA Receivables Management, LLC, Patrick K. Willis Company, Inc. dba American Recovery Service, Independent Recovery, Inc. (collectively "Defendants") and Plaintiff Maria Salazar ("Plaintiff") hereby stipulate as follows:

1. On August 12, 2021, Plaintiff served the Complaint on Defendants.

2. Defendants' original deadline to respond to the Complaint was September 2, 2021.

3. On August 31, 2021, pursuant to Local Rule 8-3, Plaintiff and Defendants stipulated to extend Defendants' deadline to respond to the Complaint by three weeks, to September 23, 2021.  Doc. No. 12.

4. The parties are engaged in early settlement discussions and minimizing expenses may facilitate the resolution of the case.

5. Plaintiff and Defendants have agreed to further extend Defendants' deadline to respond to Complaint by two weeks, to October 7, 2021.

Accordingly, pursuant to Local Rule 7-1, Plaintiff and Defendant stipulate and agree that Defendants' response to the Complaint shall be due on or before October 7, 2021.

DATED: September 23, 2021         SIMMONDS & NARITA LLP
                                  R. TRAVIS CAMPBELL

                                  By:  /s/R. Travis Campbell
                                       R. Travis Campbell
                                       Attorneys for Defendant
                                       PRA Receivables Management, LLC

DATED: September 23, 2021         LAW OFFICES OF BRANDON A. BLOCK
                                  BRANDON A. BLOCK

                                  By:  /s/ Brandon A. Block
                                       Brandon A. Block
                                       Attorney for Plaintiff
                                       Maria Salazar

1 | DATED: September 23, 2021
2 |
3 |
4 |
5 |
6 |
7 |

                    HEFFNER LAW
                    KIRK E. GIBERSON

                    By:  /s/ Kirk E. Giberson
                          Kirk E. Giberson
                          Attorney for Defendants
                          Patrick K. Willis Company, Inc. dba
                          American Recovery Service and
                          Independent Recovery, Inc.

# FILER ATTESTATION

Pursuant to Civil Local Rule 5-4.3.4(2)(i), I, R. Travis Campbell, attest under penalty of perjury that concurrence in the filing of this document has been obtained from all of the signatories.

DATED: September 23, 2021

SIMMONDS & NARITA LLP
R. TRAVIS CAMPBELL

By: /s/R. Travis Campbell
R. Travis Campbell
Attorneys for Defendant
PRA Receivables Management, LLC