1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SALAZAR,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>PRA RECEIVABLES MANAGEMENT, LLC, a Virginia limited liability company; PATRICK K. WILLIS COMPANY, INC. dba AMERICAN RECOVERY SERVICE, a California corporation; INDEPENDENT RECOVERY, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | No. 2:21-cv-06464-MWF-KS<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Current Response Date:  September 23, 2021<br>New Response Date:  October 7, 2021<br><br>The Honorable Michael W. Fitzgerald |

1  The Court having reviewed the stipulation to extend time to respond to to the
2  Complaint by Defendants PRA Receivables Management, LLC, Patrick K. Willis
3  Company, Inc. dba American Recovery Service, Independent Recovery, Inc.
4  (collectively "Defendants") and Plaintiff Maria Salazar, and good cause appearing,
5  hereby GRANTS the stipulation.  Defendants shall respond to the Complaint on or
6  before October 7, 2021.

8  IT IS SO ORDERED.

10 DATED: _____    _____
11                                               The Honorable Michael W. Fitzgerald